# Exhibit A

# Exhibit A-1

CIVIL CASE INFORMATION SHEET

Ex. A-1

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____     COURT *(FOR CLERK USE ONLY)*: _____

STYLED **Unique Crowne Hospitality, LLC** v. **Everest Indemnity Insurance Co., etal**
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** Amy B. Hargis  **Email:** ahargis@raiznerlaw.com | **Plaintiff(s)/Petitioner(s):** Unique Crowne Hospitality, LLC | ☒Attorney for Plaintiff/Petitioner ☐Pro Se Plaintiff/Petitioner ☐Title IV-D Agency ☐Other: |
| **Address:** 2402 Dunlavy Street  **Telephone:** 713-554-9099 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** Houston, TX 77006  **Fax:** 713-554-9098 | **Defendant(s)/Respondent(s):** Everest Indemnity Ins. Co. Engle Martin & Assoc. Kevin Mayfield | **Custodial Parent:** |
| **Signature:** [signature]  **State Bar No:** 24078630 | | **Non-Custodial Parent:** |
| | *(Attach additional page as necessary to list all parties)* | **Presumed Father:** |

2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law |
|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship**    **Post-judgment Actions (non-Title IV-D)** |

| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
|---|---|---|---|---|
| Debt/Contract ☐Consumer/DTPA ☐Debt/Contract ☐Fraud/Misrepresentation ☒Other Debt/Contract: Insurance | ☐Assault/Battery ☐Construction ☐Defamation *Malpractice* ☐Accounting ☐Legal ☐Medical ☐Other Professional Liability: | ☐Eminent Domain/ Condemnation ☐Partition ☐Quiet Title ☐Trespass to Try Title ☐Other Property: | ☐Annulment ☐Declare Marriage Void *Divorce* ☐With Children ☐No Children | ☐Enforcement ☐Modification—Custody ☐Modification—Other |
| *Foreclosure* ☐Home Equity—Expedited ☐Other Foreclosure ☐Franchise ☐Insurance ☐Landlord/Tenant ☐Non-Competition ☐Partnership ☐Other Contract: | ☐Motor Vehicle Accident ☐Premises *Product Liability* ☐Asbestos/Silica ☐Other Product Liability List Product: _____ ☐Other Injury or Damage: | | | **Title IV-D** ☐Enforcement/Modification ☐Paternity ☐Reciprocals (UIFSA) ☐Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐Expunction ☐Judgment Nisi ☐Non-Disclosure ☐Seizure/Forfeiture ☐Writ of Habeas Corpus— Pre-indictment ☐Other: | ☐Enforce Foreign Judgment ☐Habeas Corpus ☐Name Change ☐Protective Order ☐Removal of Disabilities of Minority ☐Other: | ☐Adoption/Adoption with Termination ☐Child Protection ☐Child Support ☐Custody or Visitation ☐Gestational Parenting ☐Grandparent Access ☐Parentage/Paternity ☐Termination of Parental Rights ☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination ☐Retaliation ☐Termination ☐Workers' Compensation ☐Other Employment: | ☐Administrative Appeal ☐Antitrust/Unfair Competition ☐Code Violations ☐Foreign Judgment ☐Intellectual Property | ☐Lawyer Discipline ☐Perpetuate Testimony ☐Securities/Stock ☐Tortious Interference ☐Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐Tax Appraisal ☐Tax Delinquency ☐Other Tax | *Probate/Wills/Intestate Administration* ☐Dependent Administration ☐Independent Administration ☐Other Estate Proceedings | ☐Guardianship—Adult ☐Guardianship—Minor ☐Mental Health ☐Other: |

3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court ☐Arbitration-related ☐Attachment ☐Bill of Review ☐Certiorari ☐Class Action | ☐Declaratory Judgment ☐Garnishment ☐Interpleader ☐License ☐Mandamus ☐Post-judgment | ☐Prejudgment Remedy ☐Protective Order ☐Receiver ☐Sequestration ☐Temporary Restraining Order/Injunction ☐Turnover |

4. Indicate damages sought *(do not select if it is a family law case)*:
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☒Over $1,000,000

Rev 2/13

10/21/2016 3:43:08 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 1338074
By: MONIQUE RATH A
Filed: 10/21/2016 3:43:08 PM



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 3, 2017


Certified Document Number:        72426511 Total Pages:  1


Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-2

10/21/2016 3:43:08 PM
Chris Daniel - District Clerk Harris County
Envelope No. 13382074
By: Ruth McDugle
Filed: 10/21/2016 3:43:08 PM

Ex A-2

Cause No. _____

| | | |
|---|---|---|
| UNIQUE CROWNE HOSPITALITY, LLC | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| EVEREST INDEMNITY INSURANCE | § | |
| COMPANY, ENGLE MARTIN & | § | |
| ASSOCIATES, and KEVIN WILSON | § | |
| MAYFIELD | § | ___ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND

Plaintiff UNIQUE CROWNE HOSPITALITY, LLC ("Crowne" or "Plaintiff") by and through their attorneys, files this Original Petition & Jury Demand against Defendants EVEREST INDEMNITY INSURANCE COMPANY ("Everest"), ENGLE MARTIN & ASSOCIATES ("Engle Martin"), and KEVIN WILSON MAYFIELD ("Mayfield") (collectively "Defendants") and would respectfully show the following:

### Discovery Control Plan

1.1    Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.

### Parties

2.1    Plaintiff, Crowne, is a domestic limited liability company organization under the laws of the State of Texas.

2.2    Upon information and belief, Everest is a foreign surplus lines insurance company engaged in the business of insurance in Texas, operating for the purpose of accumulating monetary profit.   Everest regularly conducts the business of

Certified Document Number: 72426510 - Page 1 of 12

insurance in a systematic and continuous manner in the State of Texas.  Everest does not maintain an agent for service in Texas and accordingly may be served with process by serving certified mail, return receipt requested, to **Counsel, Legal Department, Everest Indemnity Insurance Company, c/o Mt. McKinley Managers, LLC, Westgate Corporate Center, P.O. Box 830, Liberty Corner, NJ, 07938-0830.**

2.3     Upon information and belief, Engle Martin is a corporation organized under the laws of the State of Georgia regularly engaged in the business of adjusting insurance claims in Texas with a principal field office in Dallas, Texas.  Engle Martin regularly and systematically engages in business in Texas, operating for the purpose of accumulating monetary profit and may be served with process through **Corporation Service Company dba CSC-Lawyers Inc., 211 East 7th Street, Suite 620, Austin, Texas 78701.**

2.4     Upon information and belief, Kevin Wilson Mayfield is a natural person residing and working in the State of Texas.  He may be served with process by serving him at, **Kevin Wilson Mayfield, 4907 Meadowglen Drive, Pearland, Texas 77584.**

### Venue & Jurisdiction

3.1     Venue is proper in Harris County under Tex. Civ. Prac. & Rem. Code section 15.002(a)(1), as a substantial part of the events or omissions giving rise to this claim occurred in Harris County and Plaintiff's property that is the subject of the insurance policy, claim, denial, and litigation is in Harris County.   In

Certified Document Number: 72426510 - Page 2 of 12

particular, the adjustment of the claim by Defendants Engle Martin and Mayfield for losses under the policy (including denial and underpayment of the claim and payments to be made to Crowne in Harris County under the policy) were conducted in Harris County, Texas out of Defendants' Harris County office. Further investigation, including communications to and from Defendants and Crowne (including telephone calls, mailings, and other communications to Crowne) and communications between Defendants regarding the claim occurred in Harris County, Texas.   Additionally, site inspections and communications serving as the basis for suit occurred at the damaged subject property in Harris County.

3.2    Plaintiff seeks damages within the jurisdictional limits of this Court.  Plaintiff trusts the jury to evaluate the evidence, but at this time, Plaintiff seeks monetary relief in an amount over $1,000,000.  Plaintiff reserves the right to modify the amount and type of relief sought in the future.

<u>**General Allegations**</u>

4.1    On or before April 18, 2016, Everest sold a commercial property insurance policy bearing Policy No. CA3P004562151 to Crowne whereby Everest would provide insurance coverage for the property located at 12801 Northwest Freeway, Houston, Texas 77040 (the "Property") in exchange for the timely payment of premiums (the "Policy"). The Property consists of a structure owned by Crowne.  The Policy was sold by Everest to Crowne as the insured under the

Policy and provides coverage for damages to the Property caused by a windstorm.

4.2     On or about April 18, 2016, Plaintiff's property was substantially damaged by a severe windstorm that struck Harris County.  As a result, the roof, exterior, and interior of the Property were substantially damaged.  Immediately upon discovering the damage, Plaintiff filed an insurance claim under the Policy with Everest for damages to the Property caused by the windstorm.  Plaintiff asked that the cost of repairs be covered pursuant to the Policy.

4.3     Everest is the insurer on the Property. In response to the catastrophe claim, the Carrier assigned adjusters, consultants, and agents to Plaintiff's file that were inadequate and improperly trained.  More specifically, Everest assigned Plaintiff's claim to Engle Martin who in turn assigned its employee Kevin Mayfield to adjust the damages under the Policy.

4.4     Engle Martin and Mayfield failed to perform a thorough investigation of the claim.  Mayfield inspected the property on April 22, 2016.  He performed a substandard inspection of the Property.  After visiting the Property, Defendant Mayfield did not prepare any estimates or scopes of damages to the Property or failed to provide those to the insured.  Mayfield failed to hire any qualified experts to appropriately assess the damage.  Mayfield delayed the claims process and failed to communicate with the insured.  Mayfield also misrepresented the Policy's coverage.  Engle Martin and Mayfield performed an inadequate, incomplete and unreasonable investigation of Plaintiff's claim, which is evidenced by his delays,

lack of communication, refusal to hire to appropriate consultants, and lack of estimates or scopes of damage to account for the necessary repairs for the Property. Everest relied exclusively on Engle Martin and Mayfield in determining what amounts, if any, to pay on Plaintiff's claim and failed to perform their own adequate investigation.

4.5    Everest, Engle Martin, and Mayfield wrongfully underpaid and denied Plaintiff's claims for property repairs on June 30, 2016.  Defendants represented to Plaintiff that certain damages were not covered under the Policy when in fact they were.  Everest, Engle Martin, and Mayfield have chosen to continue to deny timely payment of the damages.  As a result, Crowne has not been fully paid under the Policy provided by Everest since the windstorm.  Crowne was forced to hire its own consultant to independently evaluate the damages to the Property because Defendants refused to do so.  To this day, Everest refuses to pay for the necessary repairs to the Property as required under the Policy.

4.6    As a result of Defendants' acts and/or omissions, Plaintiff was required to retain an attorney to prosecute its claim for insurance benefits.

4.7    Unfortunately, Defendants have delayed payment for Plaintiff's necessary and covered property repairs under the insurance policy that Everest wrote. Given the repeated delays of payment, Plaintiff has been subjected to significant economic impact, worry, distress, and continuing economic and physical damage. Because of Defendants' delays, denials, and underpayment, Plaintiff has been unable to make necessary repairs to the Property which has resulted in further damages to the

Certified Document Number: 72426510 - Page 5 of 12

Property, including additional interior and roof damage, among others.   In addition, Plaintiff has suffered financial harm and damage as a result of Defendants' denials and repeated delays.   The significant effect of Defendants' wrongful and unjustified delays, however, is still uncompensated.

### FIRST CAUSE OF ACTION---Violations of Texas Insurance Code

5.1   Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-4.7 of this Petition as if fully set forth herein.

5.2   Everest, Engle Martin, and Mayfield failed to attempt to effectuate a prompt, fair, and equitable settlement of a claim with respect to which liability has become reasonably clear, in violation of Texas Insurance Code Section 541.060 (a)(2)(A).

5.3   Everest, Engle Martin, and Mayfield failed to adopt and implement reasonable standards for prompt investigation of claims arising under its policies.

5.4   Everest, Engle Martin, and Mayfield failed to provide promptly a reasonable explanation, in relation to the facts or applicable law, for the denial of a claim, in violation of Texas Insurance Code Section 541.060 (a)(3).

5.5   Everest, Engle Martin, and Mayfield refused to pay a claim without conducting a reasonable investigation with respect to the claim, in violation of Texas Insurance Code Section 541.060 (a)(7).

5.6   Everest, Engle Martin, and Mayfield misrepresented the insurance policy under which it affords Property coverage to Plaintiff, by making an untrue statement of material fact, in violation of Texas Insurance Code Section 541.061 (1). Everest, Engle Martin, and Mayfield misrepresented the insurance policy to

Certified Document Number: 72426510 - Page 6 of 12

Plaintiff, by making an untrue statement of material fact, in violation of Texas Insurance Code Section 541.061 (1).

5.7    Everest, Engle Martin, and Mayfield misrepresented the insurance policy under which it affords Property coverage to Plaintiff, by failing to state a material fact that is necessary to make other statements made not misleading, in violation of Texas Insurance Code Section 541.061 (2).  Everest, Engle Martin, and Mayfield misrepresented the insurance policy to Plaintiff by failing to state a material fact that is necessary to make other statements made not misleading, in violation of Texas Insurance Code Section 541.061 (2).

5.8    Everest, Engle Martin, and Mayfield misrepresented the insurance policy under which it affords Property coverage to Plaintiff, by making a statement in such manner as to mislead a reasonably prudent person to a false conclusion of material fact, and failing to disclose a matter required by law to be disclosed, in violation of Texas Insurance Code Section 541.061 (3) and Texas Insurance Code Section 541.002 (1). Everest, Engle Martin, and Mayfield misrepresented the insurance policy to Plaintiff by making a statement in such manner as to mislead a reasonably prudent person to a false conclusion of material fact, and failing to disclose a matter required by law to be disclosed, in violation of Texas Insurance Code Section 541.061 (3) and Texas Insurance Code Section 541.002 (1).

5.9    Everest, Engle Martin, and Mayfield knowingly committed the foregoing acts, with actual knowledge of the falsity, unfairness, or deception of the foregoing acts and practices, in violation of Texas Insurance Code Section 541.002 (1).

Certified Document Number: 72426510 - Page 7 of 12

## SECOND CAUSE OF ACTION---Prompt Payment of Claim

6.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-5.9 of this Petition as if fully set forth herein.

6.2     Everest, Engle Martin, and Mayfield failed to acknowledge receipt of the claim in violation of Texas Insurance Code Section 542.055 (a)(1).

6.3     Everest, Engle Martin, and Mayfield failed to timely commence investigation of the claim or to request from Plaintiff any additional items, statements or forms that Everest, Engle Martin, and Mayfield reasonably believe to be required from Plaintiff in violation of Texas Insurance Code Section 542.055 (a)(2)-(3).

6.4     Everest, Engle Martin, and Mayfield failed to notify Plaintiff in writing of the acceptance or rejection of the claim not later than the 15th business day after receipt of all items, statements and forms required by Everest, Engle Martin, and Mayfield in violation of Texas Insurance Code Section 542.056(a).

6.5     Everest, Engle Martin, and Mayfield delayed payment of Plaintiff's claim in violation of Texas Insurance Code Section 542.058(a).

## THIRD CAUSE OF ACTION---Statutory Interest

7.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-6.5 of the Petition as if fully set forth herein.

7.2     Plaintiff makes a claim for penalties of 18% statutory interest on the amount of the claims along with reasonable attorneys' fees for violation of Texas Insurance Code Subchapter B pursuant to Texas Insurance Code Section 542.060.

### FOURTH CAUSE OF ACTION---Breach of Contract

8.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-7.2 of the Petition as if fully set forth herein.

8.2     Everest breached its contracts with Plaintiff.   As a result of Carrier's breaches, Plaintiff suffered legal damages.

### FIFTH CAUSE OF ACTION---Breach of duty of good faith & fair dealing

9.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-8.2 of the Petition as if fully set forth herein.

9.2     Everest, as the property coverage insurer, had a duty to deal fairly and in good faith with Plaintiff in the processing of the claim.   Everest breached this duty by refusing to properly investigate and effectively denying insurance benefits. Everest knew or should have known that there was no reasonable basis for denying or delaying the required benefits.   As a result of Carrier's breach of these legal duties, Plaintiff suffered legal damages.

### SIXTH CAUSE OF ACTION---Punitive Damages for Bad Faith

10.1    Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-9.2 of this Petition as if fully set for herein.

10.2    Everest, Engle Martin, and Mayfield acted fraudulently and with malice (as that term is legally defined) in denying Plaintiff's claim for benefits.   Further, Everest, Engle Martin, and Mayfield had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff.

Certified Document Number: 72426510 - Page 9 of 12

## SEVENTH CAUSE OF ACTION---Violations Of Texas DTPA

11.1    Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-10.2 of this Complaint as if fully set forth herein.

11.2    The Deceptive Trade Practices-Consumer Protection Act (DTPA) provides additional protections to consumers who are victims of deceptive, improper, or illegal practices.  Defendants' violations of the Texas Insurance Code create a cause of action under the DTPA.  Defendants' violations of the Texas Insurance Code, as set forth herein, specifically violate the DTPA as well.

## KNOWLEDGE

12.1    Each of the actions described herein were done "knowingly" as that term is used in the Texas Insurance Code and were a producing cause of Plaintiff's damages.

## RESULTING LEGAL DAMAGES

13.1    Plaintiff is entitled to the actual damages resulting from the Defendants' violations of the law.  These damages include the consequential damages to its economic welfare from the wrongful denial and delay of benefits; the mental anguish and physical suffering resulting from this wrongful denial of benefits, and continued impact on Plaintiff; lost credit reputation; and the other actual damages permitted by law.  In addition, Plaintiff is entitled to exemplary damages.

13.2    As a result of Defendants' acts and/or omissions, Plaintiff has sustained damages in excess of the minimum jurisdictional limits of this Court.

13.3    Plaintiff is entitled under law to the recovery of prejudgment interest at the maximum legal rate.

13.4    Defendants' knowing violations of the Texas Insurance Code and DTPA entitle Plaintiff to the attorneys' fees, treble damages, and other penalties provided by law.

13.5    Plaintiff is entitled to statutory interest on the amount of its claim at the rate of 18% per year as damages under the Texas Insurance Code §542.060(a).

13.6    Plaintiff is entitled to the recovery of attorneys' fees pursuant to Tex. Civ. Prac. & Rem. Code §38.001, the Texas Insurance Code §542.060(a)-(b), the Tex. Bus & Commerce Code §17.50 and Tex. Civ. Prac. & Rem. Code §37.009.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Plaintiff has judgment against Defendants for actual damages in excess of the minimum jurisdictional limits of this Court, pre- and post-judgment interest as allowed by law, costs of suit, and all other relief, at law or in equity, to which Plaintiff may be entitled.

Respectfully submitted,

**RAIZNER SLANIA, LLP**

_____

JEFFREY L. RAIZNER
State Bar No. 00784806
ANDREW P. SLANIA
State Bar No. 24056338
AMY BAILEY HARGIS

State Bar No. 24078630
efile@raiznerlaw.com
2402 Dunlavy Street
Houston, Texas 77006
Phone:  713.554.9099
Fax:  713.554.9098
**ATTORNEYS FOR PLAINTIFF**

## <u>JURY DEMAND</u>

*Plaintiff hereby demands a trial by jury, a right enshrined in the Constitution of the United States of America and the State of Texas and preserved by the sacrifices of many. The necessary jury fee has been paid.*

_____
JEFFREY L. RAIZNER



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 20, 2016


Certified Document Number:        72426510 Total Pages:  12


Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-3

11/3/2016 4:07:37 PM
Chris Daniel - District Clerk Harris County
Envelope No. 13613459
By: Brianna Denmon
Filed: 11/3/2016 4:07:37 PM

**CIVIL PROCESS REQUEST**                      Ex A-3

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
|---|
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

**CASE NUMBER:** 2016-73084                    **CURRENT COURT:** 61ST Judicial Court

**TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types):** Citation

**FILE DATE OF MOTION:** October 21, 2016

                                      Month/      Day/      Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1. NAME: Everest Indemnity Insurance Company

   ADDRESS: P.O. Box 830, Liberty Corner, NJ 07938-0830

   AGENT, (if applicable): Counsel, Legal Department, c/o Mt. McKinley Managers, LLC, Westgate Corporate Center

**TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):** _____

**SERVICE BY** (check one):

☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
☐ MAIL                                ☐ CERTIFIED MAIL
☐ PUBLICATION:
    Type of Publication:  ☐ COURTHOUSE DOOR,  or
                      ☐ NEWSPAPER OF YOUR CHOICE: _____
☒ OTHER, explain We will provide a self-addressed stamp envelope. Please forward to our office using the envelope.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*

2. NAME: ENGLE MARTIN & ASSOCIATES

   ADDRESS: 211 East 7th Street, Suite 620, Austin TX 78701

   AGENT, (if applicable): Corporation Service Company dba CSC-Lawyers Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):** Citation

**SERVICE BY** (check one):

☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
☐ MAIL                                ☐ CERTIFIED MAIL
☐ PUBLICATION:
    Type of Publication:  ☐ COURTHOUSE DOOR,  or
                      ☐ NEWSPAPER OF YOUR CHOICE: _____
☒ OTHER, explain We will provide a self-addressed stamp envelope. Please forward to our office using the envelope.

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Amy B. Hargis                    TEXAS BAR NO./ID NO. 24078630

MAILING ADDRESS: 2402 Dunlavy Street, Houston TX 77006

PHONE NUMBER: 713  554-9099          FAX NUMBER: 713  554-9098
              area code    phone number                 area code   fax number

EMAIL ADDRESS: efile@raiznerlaw.com

CIVIC103 Revised 0/2/00

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                         (specify)
    MOTION TO: _____
                         (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

CIVC109 Revised 9/2/99

# CIVIL PROCESS REQUEST

> **FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
> **FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** 2016-73084                **CURRENT COURT:** 61ST Judicial Court

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Citation

**FILE DATE OF MOTION:** October 21, 2016

                                                      Month/         Day/          Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.  NAME: Kevin Wilson Mayfield

    ADDRESS: 4907 Meadowglen Drive, Pearland TX 77584

    AGENT, (*if applicable*):

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**                                ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
     Type of Publication:  ☐ **COURTHOUSE DOOR,  or**
                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☒ **OTHER,** *explain* We will provide a self-addressed stamp envelope. Please forward to our office using the envelope.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*

2.  NAME: _____

    ADDRESS: _____

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**                                ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
     Type of Publication:  ☐ **COURTHOUSE DOOR,  or**
                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Amy B. Hargis                        TEXAS BAR NO./ID NO. 24078630

MAILING ADDRESS: 2402 Dunlavy Street, Houston TX 77006

PHONE NUMBER:   713        554-9099        FAX NUMBER:  713        554-9098
                area code  phone number                 area code  fax number

EMAIL ADDRESS: efile@raiznerlaw.com

CIVIC108 Revised 9/2/09

Certified Document Number: 72593902 - Page 3 of 4

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.  SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
ORDER TO: _____
                                    (specify)

MOTION TO: _____
                                     (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Certified Document Number: 72593902 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 3, 2017

Certified Document Number:        72593902 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-4

12/8/2016 11:17:07 AM
Chris Daniel - District Clerk Harris County
Envelope No. 14175326
By: Brianna Denmon
Filed: 12/8/2016 11:17:07 AM

**CIVIL PROCESS REQUEST**

Ex A-4

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
|---|
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

**CASE NUMBER:** 2016-73084      **CURRENT COURT:** 61st JudicialCourt

**TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types):** Citation

**FILE DATE OF MOTION:** October 21, 2016

Month/      Day/      Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**1. NAME:** Engle Martin & Associates, Inc.

   **ADDRESS:** 211 East 7th Street, Suite 620, Austin TX 78701

   **AGENT, (if applicable):** Corporation Service Company dba CSC-Lawyers Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):** _____

**SERVICE BY (check one):**

☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____      Phone: _____

☐ **MAIL**          ☐ **CERTIFIED MAIL**

☐ **PUBLICATION:**

   Type of Publication: _____   ☐ **COURTHOUSE DOOR, or**

   ☐ **NEWSPAPER OF YOUR CHOICE:** _____

☒ **OTHER,** explain  We will provide a self-addressed stamp envelope. Please forward to our office using the envelope.

**********************************************************************************

****

**2. NAME:** _____

   **ADDRESS:** _____

   **AGENT, (if applicable):** _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):** _____

**SERVICE BY (check one):**

☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____      Phone: _____

☐ **MAIL**          ☐ **CERTIFIED MAIL**

☐ **PUBLICATION:**

   Type of Publication: _____   ☐ **COURTHOUSE DOOR, or**

   ☐ **NEWSPAPER OF YOUR CHOICE:** _____

☐ **OTHER,** explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

**NAME:** Amy B. Hargis          **TEXAS BAR NO./ID NO.** 24078630

**MAILING ADDRESS:** 2402 Dunlavy Street, Houston TX 77006

**PHONE NUMBER:** 713    554-9099          **FAX NUMBER:** 713    554-9098

                  area code    phone number                        area code    fax number

**EMAIL ADDRESS:** efile@raiznerlaw.com

CTX/CJ08 Revised 9/3/99

Certified Document Number: 73017158 - Page 1 of 2

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____  AMENDED PETITION
_____  SUPPLEMENTAL PETITION

COUNTERCLAIM
_____  AMENDED COUNTERCLAIM
_____  SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____  AMENDED CROSS-ACTION
_____  SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____  AMENDED THIRD-PARTY PETITION
_____  SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____  AMENDED INTERVENTION
_____  SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____  AMENDED INTERPLEADER
_____  SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
ORDER TO: _____
(specify)
MOTION TO: _____
(specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Certified Document Number: 73017158 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 3, 2017

Certified Document Number:        73017158 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# Exhibit A-5

12/9/2016 10:21:46 AM
Chris Daniel - District Clerk Harris County
Envelope No. 14197475
By: Justin Fitzgerald
Filed: 12/9/2016 10:21:46 AM

# 61st District Court of HARRIS County, Texas

201 CAROLINE, 9TH FLOOR HOUSTON TX 77002

## CASE #: 2016-73084

**UNIQUE CROWNE HOSPITALITY, LLC**

Ex A-5

*Plaintiff*

**vs**

**VEREST INDEMNITY INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, AND KEVIN WILSON MAYFIELD**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **JACKLYNN G HENRY**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on _____11-29-16_____, Time: _8:10_ AM instructing for same to be delivered upon Everest Indemnity Insurance Company By Delivering To Its Counsel, Legal Department Everest Indemnity Insurance Company C/O Mt Mckinley Managers Llc.

| | |
|---|---|
| That I delivered to | : Everest Indemnity Insurance Company By Delivering To Its Counsel, Legal Department Everest Indemnity Insurance Company C/O Mt Mckinley Managers Llc. |
| the following | : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND |
| at this address | : P.O. Box 830 LIBERTY CORNER, Somerset County, NJ 07938 |
| Manner of Delivery | : by certified mail. Return receipt with signature thereon is attached hereto each; a true copy of the documents listed above and endorsed on such the date of mailing. |
| Delivered on | : Monday December 5, 2016 am |

My name is JACKLYNN G HENRY, my date of birth is December 23rd, 1964, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Burnet County, State of Texas, on the _5_ day of
_Dec_, 20 _16_

_____   Declarant
JACKLYNN G HENRY
492

Texas Certification#: SCH-818 Exp. 08/31/17

PCP Inv#: A16B03436

+ Service Fee:  95.00
  Witness Fee:    .00
  Mileage Fee:    .00

AX02A16B03436
jackiem

Raizner, Jeffrey L.
**E-FILE RETURN**

Certified Document Number: 7302391 - Page 2 of 3

**2. Article Number**

7160 3901 9845 3141 6657

**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*            ☐ Yes

**1. Article Addressed to:**
Everest Indemnity Insurance Company
By Delivering To Its Counsel, Legal Department Everest
Indemnity Insurance Company C/O Mt Mckinley Managers Llc
P.O. Box 830
LIBERTY CORNER NJ 07938

A16B03436

**A. Received by (Please Print Clearly)** | **B. Date of Delivery**
12-5-16

**C. Signature**
X                                           ☑ Agent
                                            ☐ Addressee

**D. Is delivery address different from item 1?**  ☐ Yes
If YES, enter delivery address below:          ☑ No

**PS Form 3811, January 2005**            **Domestic Return Receipt**



CAUSE NO.  201673084

RECEIPT NO.                    0.00      MTA
            **********          TR # 73303102

| PLAINTIFF: UNIQUE CROWNE HOSPITALITY, LLC | In The    61st |
| vs. | Judicial District Court |
| DEFENDANT: EVEREST INDEMNITY INSURANCE COMPANY | of Harris County, Texas |
| | 61ST DISTRICT COURT |
| | Houston, TX |

CITATION_(NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: EVEREST INDEMNITY INSURANCE COMPANY BY SERVING ITS COUNSEL
    LEGAL DEPARTMENT EVEREST INDEMNITY INSURANCE COMPANY C/O MT MCKINLEY MANAGERS
    LLC WESTGATE CORPORATE CENTER

    P O BOX 830   LIBERTY CORNER  NJ  07938 - 0830

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND


This instrument was filed on the 21st day of October, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 4th day of November, 2016, under my hand and
seal of said Court.



Issued at request of:                    CHRIS DANIEL, District Clerk
RAIZNER, JEFFREY L.                       Harris County, Texas
2402  DUNLAVY STREET                      201 Caroline, Houston, Texas 77002
HOUSTON, TX  77006                        (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 554-9099
Bar No.: 784806                           Generated By: DENMON, BRIANNA JANEL  3B5//10519424

STATE OF _____
                          OFFICER/AUTHORIZED PERSON RETURN
County of _____

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                          _____
                                          Affiant/Deputy
On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.


                                          _____
                                          Notary Public

N.INT.CITN.P                    *73303102*



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 20, 2016

Certified Document Number:      73027391 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-6

11/30/2016 11:32:47 AM
Chris Daniel - District Clerk Harris County
Envelope No. 14022918
By: Justin Fitzgerald
Filed: 11/30/2016 11:32:47 AM

# 61st District Court of HARRIS County, Texas

201 CAROLINE, 9TH FLOOR HOUSTON TX 77002

## CASE #: 2016-73084

**Ex A-6**

UNIQUE CROWNE HOSPITALITY, LLC

*Plaintiff*
**vs**
**VEREST INDEMNITY INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, AND KEVIN WILSON MAYFIELD**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **FLOYD J BOUDREAUX**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 11/28/16 12:02 pm, instructing for same to be delivered upon Engle Martin & Associates By Delivering To Its Registered Agent, Corporation Service Company.

| | |
|---|---|
| That I delivered to | : Engle Martin & Associates By Delivering To Its Registered Agent, Corporation Service Company. By Delivering to Kelly Courtney, Customer Service |
| the following | : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND |
| at this address | : 211 E. 7th St., Ste. 620 AUSTIN, Travis County, TX 78701 |
| Manner of Delivery | : by PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Monday NOV 28, 2016 12:25 pm |

My name is FLOYD J BOUDREAUX, my date of birth is JAN 10th, 1943, and my address is Professional Civil Process Downtown, 2211 S. IH 35, Suite 203, Austin TX 78741, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas, on the _____20_____ day of
_____NOV_____, 20_16_.

FLOYD J BOUDREAUX                                     Declarant
381

Texas Certification#: SCH-3506 Exp. 02/28/17

PCP Inv#: Z16B00151
SO  Inv#: A16B03434

+ Service Fee:  70.00
Witness Fee:   .00
Mileage Fee:   .00

AX02A16B03434
tomcat

Raizner, Jeffrey L.
**E-FILE RETURN**

| | | |
|---|---|---|
| | RECEIPT NUMBER | 0.00 |
| | TRACKING NUMBER | 73303140   MTA |

CAUSE NUMBER   201673084

| | |
|---|---|
| **PLAINTIFF:** UNIQUE CROWNE HOSPITALITY, LLC | **In The** 61st |
| **vs.** | **Judicial District Court of** |
| **DEFENDANT:** EVEREST INDEMNITY INSURANCE COMPANY | **Harris County, Texas** |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: ENGLE MARTIN & ASSOCIATES (A CORPORATION) BY SERVING THROUGH ITS
   REGISTERED AGENT CORPORATION SERVICE COMPANY (D/B/A CSC-LAWYERS INC)
   211 EAST 7TH STREET SUITE 620   AUSTIN TX 78701

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND.

This instrument was filed on the ___21st___ day of ___October___ , 20 _16_ , in the
above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

   **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___4th___ day of
___November___ , 20 _16_ .

Issued at request of:
RAIZNER, JEFFREY L.
2402 DUNLAVY STREET
HOUSTON, TX 77006
TEL: (713) 554-9099
Bar Number: 784806

*Chris Daniel*
**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

**Generated by:** DENMON, BRIANNA JANEL
3B5//10519424

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____ , 20_____ , at _____ o'clock ___.M., endorsed

the date of delivery thereon, and executed it at _____ , _____ ,
                                                                    (STREET ADDRESS)                    (CITY)

in _____ County, Texas on the _____ day of _____ , 20_____ , at _____ o'clock ___.M.,

by delivering to _____ , by delivering to its
                            (THE DEFENDANT CORPORATION NAMED IN CITATION)

_____ , in person, whose name is _____
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                    (DESCRIPTION OF PETITION, E.G., "PLAINTIFFS ORIGINAL")

and with accompanying copies of _____ .
                                            (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____ , 20____ .

FEE: $_____

                                                By: _____
                                                              (SIGNATURE OF OFFICER)

                                                Printed Name: _____

_____               As Deputy for: _____
Affiant Other Than Officer                                        (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

On this day, _____ , known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , 20_____

                                                _____
                                                          Notary Public

N.INT.CITC.P                         *73303140*



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 20, 2016


Certified Document Number:        72903280 Total Pages:  2


Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-7

1/3/2017 4:28:22 PM
Chris Daniel - District Clerk Harris County
Envelope No. 14539439
By: Brianna Denmon
Filed: 1/3/2017 4:28:22 PM

Ex A-7

## CAUSE NO. 2016-73084

| | | |
|---|---|---|
| UNIQUE CROWNE HOSPITALITY, LLC, | § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| v. | § § | |
| | § | HARRIS COUNTY, T E X A S |
| EVEREST INDEMNITY INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, and KEVIN WILSON MAYFIELD | § § § § | |
| *Defendants.* | § | 61ST JUDICIAL DISTRICT |

### DEFENDANTS EVEREST INDEMNITY INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, INC., AND KEVIN WILSON MAYFIELD'S ORIGINAL ANSWER

Defendants Everest Indemnity Insurance Company ("Everest"), Engle Martin & Associates, Inc. ("Engle Martin") and Kevin Wilson Mayfield file this Original Answer to the Original Petition of Plaintiff Unique Crowne Hospitality, LLC.

### GENERAL DENIAL

1.     Pursuant to Texas Rule of Civil Procedure 92, Defendants generally deny the allegations in Plaintiff's Original Petition and demand strict proof thereof from Plaintiff by a preponderance of the evidence.

### AFFIRMATIVE DEFENSES

2.     In addition to Defendants' general denial, Defendants plead the following affirmative defenses:

3.     Everest's liability, if any, is derived solely from the policy of insurance issued by Everest. Plaintiff's claims are barred, in whole or in part, by the terms, conditions, provisions, exclusions, sublimits and limitations of Everest Policy No.

Certified Document Number: 73285429 - Page 1 of 6

CA3P004562151 (the "Everest Policy"), which are pled as if copied herein. Several of the exclusions of the Everest Policy are specifically pleaded below.[1]

4.   **Pre-Existing Building Damage**: Plaintiff's damages are excluded from coverage by the Everest Policy endorsement entitled "Pre-Existing Building Damage Exclusion". Plaintiff's damages were caused, in whole or in part, by damage that existed prior to the time of loss or damage.

5.   **Wear and Tear**: Plaintiff's damages are excluded by exclusion B. 2.d(1) found under the portion of the Everest Policy entitled Causes of Loss—Special Form, because Plaintiff's alleged losses were caused by, or resulted from, in whole or in part, wear and tear.

6.   **Hidden or Latent Defect**: Plaintiff's damages are excluded by exclusion B. 2.d(2) found under the portion of the Everest Policy entitled Causes of Loss—Special Form, because Plaintiff's alleged losses were caused by, or resulted from, in whole or in part, hidden or latent defect.

7.   **Settling, Cracking, Shrinking, or Expansion**: Plaintiff's damages are excluded by exclusion B. 2.d(4) found under the portion of the Everest Policy entitled Causes of Loss—Special Form, because Plaintiff's alleged losses were caused by, or resulted from, in whole or in part, settling, cracking, shrinking, or expansion.

8.   **Faulty, Inadequate, or Defective Conditions**: Plaintiff's damages are excluded by exclusions B. 3.c(2), (3), and (4) found under the portion of the Everest Policy

---

[1] This list is not exclusive, and Defendants reserve the right to rely on additional defenses based upon information that may become available during discovery in this case.

Certified Document Number: 7328549 - Page 2 of 6

entitled Causes of Loss—Special Form, because the Plaintiff's losses were caused by, or resulted from, in whole or in part faulty, inadequate or defective design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction; materials used in repair construction, renovation or remodeling; or maintenance.

9.      **Continuous Seepage or Leakage of Water:** Plaintiff's damages are excluded or limited by section B.2 (f) found under the portion of the Everest Policy entitled Causes of Loss—Special Form, because Plaintiff's alleged losses were caused by, or resulted from, in whole or in part, continuous seepage or leakage of water that occurred over a period of 14 days or more.

10.     **Water Leaking from Plumbing or Equipment:** Plaintiff's damages are excluded or limited by section B.2 (g) found under the portion of the Everest Policy entitled Causes of Loss—Special Form, because Plaintiff's losses were caused by, or resulted from, in whole or in part, the leakage of water from plumbing, air conditioning, or other equipment.

11.     **Damage to Interior** : Plaintiff's damages are excluded or limited by section C.(1)(c) found under the portion of the Everest Policy entitled Causes of Loss—Special Form, because any damage to the interior of the structures that may have been caused by rainwater did not result from a Covered Cause of Loss, as that term is defined by the Everest Policy.

12.     **Limitation on Recovery**: In the unlikely event that the Court finds Everest liable to Plaintiff in damages, Plaintiff is limited to recovery of the actual cost value of the damages, pursuant to the Everest Policy endorsement entitled "Roof Covering—

Certified Document Number: 73285429 - Page 3 of 6

Conditional Valuation", because the roof covering on the buildings was more than 20 years old and had not been replaced within the last 20 years. Pleading in the alternative, Plaintiff is not permitted to recover replacement cost damages because, upon information and belief, it has not repaired or replaced the allegedly damaged property as required by sections G.3.d(1) & (2) found under the portion of the Everest Policy entitled "Building and Personal Property Coverage Form".

13.     **Limitation on Exemplary, Additional or Treble Damages:** Defendants deny any liability to Plaintiff for alleged extra-contractual damages. Pleading alternatively, Defendants plead that any award to Plaintiff of exemplary, additional, treble or punitive damages or penalties is limited pursuant to Tex. Civ. Prac. & Rem. Code Chapter 41 and Tex. Ins. Code sections 541.152 and 542.060. Under the facts of this case, however, an award of exemplary, additional, treble or punitive damages or penalties consistent with the maximum awards permitted under these statutes would violate Defendants' State and Federal constitutional rights. Defendants affirmatively plead that an award of exemplary, additional, treble or punitive damages or penalties would violate the due process and equal protection clauses of the United States and Texas Constitutions. Defendants affirmatively plead that an award of exemplary, additional, treble or punitive damages or penalties would be both arbitrary and excessive in that (1) Texas procedure lacks adequate safeguards in violation of the due process clauses of the United States and Texas Constitutions, and (2) Defendants would not be afforded equal protection against extra-contractual damages that would be limited or capped for others.

Certified Document Number: 7328429 - Page 4 of 6

4

## DENIAL OF CONDITIONS PRECEDENT

14.    Defendant Everest denies that Plaintiffs have complied with all conditions precedent to recovery under the Policy at issue in this case. Specifically, but not by way of limitation, Plaintiffs did not provide a sworn proof of loss, as required by section E.3.a(7) found under the portion of the Everest Policy entitled "Building and Personal Property Coverage Form".

## REQUEST FOR JURY TRIAL

15.    Plaintiff has requested a jury trial and paid the fee, and Defendants join in that request.

## REQUEST FOR RELIEF

16.    Defendants request that judgment be entered that Plaintiff take nothing in this action and that Defendants recover all costs and have all other relief to which they are entitled.

Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright
State Bar No. 22059400
Andrew C. Nelson
State Bar No. 24074801
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas  77056
(713) 572-4321 (Telephone)
(713) 572-4320 (Facsimile)

wright@wrightclose.com
nelson@wrightclose.com

**ATTORNEYS FOR DEFENDANTS
EVEREST INDEMNITY INSURANCE
COMPANY, ENGLE MARTIN &
ASSOCIATES, INC. AND KEVIN WILSON
MAYFIELD**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record in this case, identified below, on January 3, 2017 electronically through the electronic filing manager or in compliance with Texas Rule of Civil Procedure 21a.

Jeffrey L. Raizner
Andrew P. Slania
Amy Bailey Hargis
RAIZNER SLANIA, LLP
2402 Dunlavy Street
Houston, Texas 77006

/s/ Thomas C. Wright
Thomas C. Wright

Certified Document Number: 73285429 - Page 6 of 6



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 4, 2017

Certified Document Number:      73285429 Total Pages:  6

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

# Exhibit A-8

Harris County Docket Sheet                              Ex A-8

# 2016-73084

**COURT:**   061st

**FILED DATE:**   10/21/2016

**CASE TYPE:**   Debt/Contract - Other



---

### UNIQUE CROWNE HOSPITALITY, LLC

**Attorney: SLANIA, ANDREW**

### vs.

### EVEREST INDEMNITY INSURANCE COMPANY

---

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |

UNIQUE CROWNE HOSPITALITY, LLC vs. EVEREST INDEMNITY INSURANCE COMPANY 1/4/2017
Cause: 201673084    CDI: 7    Court: 061

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 10/21/2016 |
| **Case (Cause) Location** | Civil Intake 1st Floor |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | SWORN ACCOUNT |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 1/3/2017 |

### COURT DETAILS

| | |
|---|---|
| **Court** | 061st |
| **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7133686070 |
| **JudgeName** | FREDERICKA PHILLIPS |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| UNIQUE CROWNE HOSPITALITY, LLC | PLAINTIFF - CIVIL | | SLANIA, ANDREW |
| 2402 DUNLAVY STREET, HOUSTON, TX 77494 | | | |
| EVEREST INDEMNITY INSURANCE COMPANY | DEFENDANT - CIVIL | | WRIGHT, THOMAS CLARK |
| P.O. BOX 830, LIBERTY CORNER, NJ 07938 | | | |
| MAYFIELD, KEVIN WILSON | DEFENDANT - CIVIL | | WRIGHT, |

| | | THOMAS CLARK |
|---|---|---|
| 4907 MEADOWGLEN DRIVE,, PEARLAND, TX 77584 | | |
| ENGLE MARTIN & ASSOCIATES | DEFENDANT - CIVIL | WRIGHT, THOMAS CLARK |
| 211 EAST 7TH STREET,, AUSTIN, TX 78701 | | |
| EVEREST INDEMNITY INSURANCE COMPANY BY SERVING ITS COUNSEL | REGISTERED AGENT | |
| ENGLE MARTIN & ASSOCIATES (A C0RPORATION) BY SERVING THROUGH ITS | REGISTERED AGENT | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 1/3/2017 | ANSWER ORIGINAL PETITION | | | 0 | | WRIGHT, THOMAS CLARK | MAYFIELD, KEVIN WILSON |
| 1/3/2017 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 1/3/2017 | ANSWER ORIGINAL PETITION | | | 0 | | WRIGHT, THOMAS CLARK | EVEREST INDEMNITY INSURANCE COMPANY |
| 1/3/2017 | ANSWER ORIGINAL PETITION | | | 0 | | WRIGHT, THOMAS CLARK | ENGLE MARTIN & ASSOCIATES |
| 10/21/2016 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 10/21/2016 | ORIGINAL PETITION | | | 0 | | SLANIA, ANDREW | UNIQUE CROWNE HOSPITALITY, LLC |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | MAYFIELD, KEVIN WILSON | 10/21/2016 | 11/4/2016 | | | | 73307192 | MAIL TO ATTORNEY |
| | 4907 MEADOWGLEN DRIVE PEARLAND TX 77584 | | | | | | | | | |
| CITATION | SERVICE ASSIGNED TO CLERK/NOT ISSUED | ORIGINAL PETITION | EVEREST INDEMNITY INSURANCE COMPANY BY SERVING ITS COUNSEL | 11/3/2016 | | | | | 73315677 | MAIL TO ATTORNEY |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 73285429 | Defendants Everest Indemnity Insurance Company, Engle Martin & Associates, Inc. and | | 01/03/2017 | 6 |

Kevin Wilson Mayfield's Original Answer.

| 73027391 | Citation (Non-Resident)/Affidavit of Service -certified mail | 12/09/2016 | 3 |
| 73017158 | Civil Process Request- Engle Martin and Associates, Inc. | 12/08/2016 | 2 |
| 72903280 | Affidavit of Service | 11/30/2016 | 2 |
| 72593902 | Civil Process Request | 11/03/2016 | 4 |
| 72426510 | Plaintiff's Original Petition & Jury Demand | 10/21/2016 | 12 |
| -> 72426511 | Civil Case Information Sheet | 10/21/2016 | 1 |