UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNIQUE CROWNE HOSPITALITY, LLC § | |
| § | |
| *Plaintiff* § | |
| § | |
| V. § | CIVIL ACTION NO. 4:17-cv-00014 |
| § | |
| EVEREST INDEMNITY INSURANCE § | |
| COMPANY, ENGLE MARTIN & § | |
| ASSOCIATES, and KEVIN WILSON § | |
| MAYFILED § | |
| *Defendants* § | |

## JOINT STIPULATION OF PARTIAL DISMISSAL

NOW COME, by and through the undersigned counsel, Plaintiff, UNIQUE CROWNE HOSPITALITY, LLC, ("Plaintiff") and Defendants, EVEREST INDEMNITY INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, and KEVIN WILSON MAYFIELD ("Defendants") who, pursuant to Federal Rule of Civil Procedure 41(a), each and all do hereby stipulate and agree to dismiss all claims against Defendant Kevin Wilson Mayfield.  All of Plaintiff's claims against Kevin Wilson Mayfield should be dismissed with prejudice. Plaintiff's claims against remaining Defendants remain unaffected by this Stipulation.

WHEREFORE, Plaintiff and Defendants, pray that the Court issue an Order dismissing all claims against Defendant Kevin Wilson Mayfield with prejudice.

Respectfully submitted,

**Raizner Slania, LLP**

*/s/ Jeffrey L. Raizner*
Jeffrey L. Raizner, Attorney in Charge
S.D. Tex. No. 15277
2402 Dunlavy Street
Houston, Texas 77006
Phone:  713.554.9099

Fax:  713.554.9098
Email:  efile@raiznerlaw.com
**COUNSEL FOR PLAINTIFFS**

and

**Wright & Close, LLP**

*/s/ Thomas C. Wright*
Thomas C. Wright, Attorney in Charge
S.D. Tex No. 2729
One Riverway, Suite 2200
Houston, Texas 77056
Phone: 713.572.4321
Fax: 713.572.4320
Email:  wright@wrightclose.com
**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to counsel of record on this the 3rd day of February, 2017, via ECF, hand delivery, overnight courier, U.S. Mail, certified mail, return receipt request, or facsimile, pursuant to the Federal Rules of Civil Procedure.

/s/ Jeffrey L. Raizner
JEFFREY L. RAIZNER