United States District Court
Southern District of Texas
**ENTERED**
February 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNIQUE CROWNE HOSPITALITY, LLC § <br> § <br> *Plaintiff* § <br> § <br> V. § CIVIL ACTION NO. 4:17-cv-00014 <br> § <br> EVEREST INDEMNITY INSURANCE § <br> COMPANY, ENGLE MARTIN & § <br> ASSOCIATES, and KEVIN WILSON § <br> MAYFILED § <br> *Defendants* § | |

### ORDER OF PARTIAL DISMISSAL

On this date the Court considered the Parties' Joint Stipulation of Partial Dismissal. The Court after considering the Stipulation and the papers on file in this case is of the opinion that the Stipulation is meritorious and should be GRANTED.

It is therefore, ORDERED that Kevin Wilson Mayfield is dismissed as a Defendant with prejudice in the above-referenced litigation. All claims against the remaining Defendants shall remain unaffected.

Signed this 6TH day of February, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE